UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SALVATORE DIVILIO,

                     Plaintiff,

      -against-

NEW YORK DEPARTMENT OF
SANITATION,

                     Defendant.
-----------------------------------------------------------X

**ORDER**

00 CV 6724 (RJD) (RER)

DEARIE, District Judge.

On May 16, 2006, Magistrate Judge Ramon E. Reyes issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that defendant's motion for summary judgment be granted. The Court has reviewed the Report and Recommendation, and no objections have been filed. The Court adopts Magistrate Judge Reyes's Report and Recommendation without qualification. Plaintiff's complaint is dismissed in its entirety. The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       June 7, 2006

                                            s/ Judge Raymond J. Dearie
                                            RAYMOND L. DEARIE
                                            United States District Judge